USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED:  6/30/2020

LAW OFFICES

# KING & KING LLP

**Peter M. Kutil**
_____

THE SANBORN MAP BUILDING
**629 Fifth Avenue – Suite 301
Pelham, N.Y. 10803
914-380-5970
e-mail: pkutil@king-king-law.com**

Sanborn & King (1865 – 1872)
George A. King (1855 – 1938)
William B. King (1861 – 1930)

June 26, 2020

VIA ECF

The Honorable Judge Andrew L. Carter
United States District Court Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, N.Y. 10007



MEMO ENDORSED

Re: Trustees for The Mason Tenders District Council Welfare Fund, Pension Fund, Annuity Fund and Training Program Fund et al v. Lux Builders, Inc.
S.D.N.Y. Index No. 18-cv-05429-ALC

Dear Judge Carter:

The undersigned and this firm represent Lux Builders, Inc. ("Lux") in the above-referenced case.

The Court has previously adjourned the subject motion (Docket No. 21) to July 10, 2020, with opposition due, today, on June 26, 2020.

I have communicated with Mr. Savci, and we are negotiating a final agreement. I write to ask the Court that that my opposition be adjourned one week to July 3rd. I believe that the parties will have an executed settlement agreement by that date; but, I don't want to prejudice my client's response date if such is required.

Mr. Savci and I spoke this morning and he is not opposing my request here.

Respectfully submitted,

*Peter M. Kutil*

Peter M. Kutil

PMK:sas

cc: Haluk Savci, Esq. (via ECF)

SO ORDERED:
*Andrew L. Carter*
HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE
June 30, 2020